# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10694-JCM |
| | : | |
| Brian A. Miller, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

ATCO Tool & MFG Co., Inc.:

November 28, 2025

Allegheny Performance Plastics, LLC:

October 24, 2025 – December 10, 2025


**Next Payment Advice Expected (post-filing):**

ATCO Tool & MFG Co., Inc.:

NA

Allegheny Performance Plastics, LLC:

December 24, 2025

C.C.                            MILLER, BRIAN

ACTCO TOOL & MFG CO., INC.
14421 BALDWIN STREET EXT
MEADVILLE, PA 16335

| Hire Date: 11/17/2025 | W-4 Date: 11/17/2025 |
|---|---|
| Fed Status: Single | |
| Fed Add'l Withholding: $25.00 | |
| Direct Deposit: | |
| FNB: | $452.65 |

BRIAN A MILLER
13003 BROOKS ROAD
MEADVILLE, PA  16335

ACTCO TOOL & MFG CO., INC.        814-336-4235        FED. ID. NO: 25-1433867

| Employee Name | Emp. ID | Company: 541128 | Check No. 0 | P/P: 11/09/2025-11/22/2025 |
|---|---|---|---|---|
| BRIAN A MILLER | 1051 | Group:    Loc.    Dept: | | Check Date: 11/28/2025 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Direct | 6.75 | 25.0000 | 168.75 | 168.75 | Federal Tax | 25.00 | 25.00 |
| Misc Indirec | | | | | Soc. Sec. Tax | 33.71 | 33.71 |
| t Hrs | 15.00 | 25.0000 | 375.00 | 375.00 | Medicare Tax | 7.88 | 7.88 |
| | | | | | PA State Tax | 16.69 | 16.69 |
| | | | | | Crawford Central SD Tax | 5.44 | 5.44 |
| | | | | | LST-Crawford Central | 2.00 | 2.00 |
| | | | | | PA SUI | 0.38 | 0.38 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 543.75 | 543.75 | 91.10 | 452.65 |
| Year-To-Date | 543.75 | | DIRECT DEPOSIT | 452.65 |

**ALLEGHENY PERFORMANCE PLASTICS LLC**
Build 3 Avenue A
Leetsdale, PA 15056

paylocity

Direct Deposit Advice

**Check Date** October 24, 2025

**Voucher Number** 13010

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEADVILLE AREA FCU | C | | 2,525.95 |
| **Total Direct Deposits** | | | **2,525.95** |

41965   55106   922 13010 11744         41965

Brian Allen Miller
13003 Brooks Rd
Meadville, PA 16335

Non Negotiable - This is not a check - Non Negotiable

## ALLEGHENY PERFORMANCE PLASTICS LLC

**Brian Allen Miller**                                      **Earnings Statement**

| Employee ID | 922 | Fed Taxable Income | 3,318.71 | Check Date | October 24, 2025 | Voucher Number | 13010 |
| Location | 55106 | Fed Filing Status | S | Period Beginning | October 1, 2025 | Net Pay | 2,525.95 |
| Hourly | $24.50 | State Filing Status | S-0 | Period Ending | October 15, 2025 | Total Hours Worked | 121.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K Safe | | 0.00 | 140.88 | 140.88 |
| OVERTIM | 36.75 | 44.50 | 1,635.38 | 1,635.38 |
| REGULAR | 24.50 | 77.00 | 1,886.50 | 1,886.50 |
| **Gross Earnings** | | **121.50** | **3,521.88** | **3,521.88** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 380.70 | 380.70 |
| MED | 50.67 | 50.67 |
| PA | 107.29 | 107.29 |
| PA-200206 | 34.95 | 34.95 |
| PASUI-E | 2.47 | 2.47 |
| SS | 216.68 | 216.68 |
| **Taxes** | **792.76** | **792.76** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 176.09 | 176.09 |
| Insured Medical | 27.08 | 27.08 |
| **Deductions** | **203.17** | **203.17** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| MEADVILLE AREA FCU | | 2,525.95 |
| **Total Direct Deposits** | | **2,525.95** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 0.00 | 8.00 |
| Personal/Si | 0.00 | 0.00 |
| Vacation | 0.00 | 84.00 |

ALLEGHENY PERFORMANCE PLASTICS LLC | Build 3 Avenue A  Leetsdale, PA 15056 | (412) 741-4416 | FEIN: 46-1321243 | PA: 75-32100

**ALLEGHENY PERFORMANCE PLASTICS LLC**
Build 3 Avenue A
Leetsdale, PA 15056

Direct Deposit Advice

paylocity

**Check Date**  November 10, 2025
**Voucher Number**  13124

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEADVILLE AREA FCU | C | | 2,771.26 |
| **Total Direct Deposits** | | | **2,771.26** |

41965   55106   922   13124   11885        41965
**Brian Allen Miller**
13003 Brooks Rd
Meadville, PA 16335

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### ALLEGHENY PERFORMANCE PLASTICS LLC

**Brian Allen Miller**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 922 | Fed Taxable Income | 3,749.65 | Check Date | November 10, 2025 |
| Location | 55106 | Fed Filing Status | S | Period Beginning | October 16, 2025 |
| Hourly | $24.50 | State Filing Status | S-0 | Period Ending | October 31, 2025 |

| | | | |
|---|---|---|---|
| Voucher Number | 13124 | | |
| Net Pay | 2,771.26 | | |
| Total Hours Worked | 88.75 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K Safe | | 0.00 | 159.03 | 299.91 |
| GROUP TE | | 0.00 | 0.12 | 0.12 |
| OVERTIM | 36.75 | 37.50 | 1,378.13 | 3,013.51 |
| REGULAR | 24.50 | 51.25 | 1,255.63 | 3,142.13 |
| SHIFT DIF | 26.50 | 6.25 | 165.63 | 165.63 |
| VACATIO | 24.50 | 48.00 | 1,176.00 | 1,176.00 |
| **Gross Earnings** | | **143.00** | **3,975.51** | **7,497.39** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 475.48 | 856.18 |
| MED | 57.25 | 107.92 |
| PA | 121.21 | 228.50 |
| PA-200206 | 39.48 | 74.43 |
| PA-VER4 | 2.17 | 2.17 |
| PASUI-E | 2.78 | 5.25 |
| SS | 244.80 | 461.48 |
| **Taxes** | **943.17** | **1,735.93** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 198.78 | 374.87 |
| GROUP TERM LIFE - FLAT AM | 0.12 | 0.12 |
| Insured Medical | 27.08 | 54.16 |
| Supp Life Child | 0.50 | 0.50 |
| Supp Life Ins EE | 34.60 | 34.60 |
| **Deductions** | **261.08** | **464.25** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| MEADVILLE AREA FCU | C ****** | 2,771.26 |
| **Total Direct Deposits** | | **2,771.26** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |
| Personal/Si | 0.00 | 0.00 |
| Vacation | 48.00 | 48.00 |

ALLEGHENY PERFORMANCE PLASTICS LLC | Build 3 Avenue A  Leetsdale, PA 15056 | (412) 741-4416 | FEIN: 46-1321243 | PA: 75-32100

**ALLEGHENY PERFORMANCE PLASTICS LLC**
Build 3 Avenue A
Leetsdale, PA 15056

Direct Deposit Advice

**paylocity**

**Check Date**
November 25, 2025

**Voucher Number**
13236

| Direct Deposits Type | Account | Amount |
|---|---|---|
| MEADVILLE C AREA FCU | | 1,826.94 |
| **Total Direct Deposits** | | **1,826.94** |

DIRECT DEPOSIT VOUCHER

41965   55106   922 13236 11976       41965

**Brian Allen Miller**
13003 Brooks Rd
Meadville, PA  16335

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### ALLEGHENY PERFORMANCE PLASTICS LLC

**Brian Allen Miller**                                                                     **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 922 | Fed Taxable Income | 2,354.22 | Check Date | November 25, 2025 |
| Location | 55106 | Fed Filing Status | S | Period Beginning | November 1, 2025 |
| Hourly | $24.50 | State Filing Status | S-0 | Period Ending | November 15, 2025 |

| | |
|---|---|
| Voucher Number | 13236 |
| Net Pay | 1,826.94 |
| Total Hours Worked | 58.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K Safe | | 0.00 | 100.27 | 400.18 |
| Floating H | 24.50 | 8.00 | 196.00 | 196.00 |
| GROUP TE | | 0.00 | 0.12 | 0.24 |
| OVERTIM | 36.75 | 15.50 | 569.63 | 3,583.14 |
| REGULAR | 24.50 | 43.00 | 1,053.50 | 4,195.63 |
| SHIFT DIF | 26.50 | 3.75 | 99.38 | 265.01 |
| VACATIO | 24.50 | 24.00 | 588.00 | 1,764.00 |
| **Gross Earnings** | | **94.25** | **2,506.63** | **10,004.02** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 197.55 | 1,053.73 |
| MED | 35.95 | 143.87 |
| PA | 76.12 | 304.62 |
| PA-200206 | 24.79 | 99.22 |
| PA-VER4 | 2.17 | 4.34 |
| PASUI-E | 1.75 | 7.00 |
| SS | 153.73 | 615.21 |
| **Taxes** | **492.06** | **2,227.99** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 125.33 | 500.20 |
| GROUP TERM LIFE - FLAT AM | 0.12 | 0.24 |
| Insured Medical | 27.08 | 81.24 |
| Supp Life Child | 0.50 | 1.00 |
| Supp Life Ins EE | 34.60 | 69.20 |
| **Deductions** | **187.63** | **651.88** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| MEADVILLE AREA FCU | | 1,826.94 |
| **Total Direct Deposits** | | **1,826.94** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 0.00 | 8.00 |
| Personal/Si | 0.00 | 0.00 |
| Vacation | 24.00 | 72.00 |

ALLEGHENY PERFORMANCE PLASTICS LLC | Build 3 Avenue A  Leetsdale, PA 15056 | (412) 741-4416 | FEIN: 46-1321243 | PA: 75-32100

# ALLEGHENY PERFORMANCE PLASTICS LLC
Build 3 Avenue A
Leetsdale, PA 15056

Direct Deposit Advice

**Check Date**  December 10, 2025

**Voucher Number**  13341

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | | 2,097.39 |
| MEADVILLE AREA FCU | C | | 0.00 |
| **Total Direct Deposits** | | | **2,097.39** |

41965   55106   922  13341  12068         41965

**Brian Allen Miller**
13003 Brooks Rd
Meadville, PA  16335

## Non Negotiable - This is not a check - Non Negotiable

## ALLEGHENY PERFORMANCE PLASTICS LLC

**Brian Allen Miller**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 922 | Fed Taxable Income | 2,722.40 | Check Date | December 10, 2025 | Voucher Number 13341 |
| Location | 55106 | Fed Filing Status | S | Period Beginning | November 16, 2025 | Net Pay 2,097.39 |
| Hourly | $24.50 | State Filing Status | S-0 | Period Ending | November 30, 2025 | Total Hours Worked 76.25 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K Safe | | 0.00 | 116.32 | 516.50 |
| Employer C | | 0.00 | 217.15 | 217.15 |
| ERDEN | | 0.00 | 7.56 | 7.56 |
| Floating H | | | | 196.00 |
| GROUP TE | | 0.00 | 0.12 | 0.36 |
| HOLIDAY | 24.50 | 16.00 | 392.00 | 392.00 |
| OVERTIM | 36.75 | 19.25 | 707.44 | 4,290.58 |
| REGULAR | 24.50 | 51.00 | 1,249.50 | 5,445.13 |
| Shift Dif | 39.75 | 6.00 | 238.50 | 238.50 |
| SHIFT DIF | 26.50 | 1.00 | 26.50 | 291.51 |
| VACATIO | 24.50 | 12.00 | 294.00 | 2,058.00 |
| **Gross Earnings** | | **105.25** | **2,908.06** | **12,912.08** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 249.48 | 1,303.21 |
| MED | 41.58 | 185.45 |
| PA | 88.04 | 392.66 |
| PA-200206 | 28.68 | 127.90 |
| PA-VER4 | 2.17 | 6.51 |
| PASUI-E | 2.04 | 9.04 |
| SS | 177.80 | 793.01 |
| **Taxes** | **589.79** | **2,817.78** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 145.40 | 645.60 |
| DENTAL INS | 7.56 | 7.56 |
| GROUP TERM LIFE - FLAT AM | 0.12 | 0.36 |
| Health Savings | 30.00 | 30.00 |
| Insured Medical | | 81.24 |
| Supp Life Child | 0.50 | 1.50 |
| Supp Life Ins EE | 34.60 | 103.80 |
| VISION | 2.70 | 2.70 |
| **Deductions** | **220.88** | **872.76** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| First National Bank Of Pennsylvania | | 2,097.39 |
| MEADVILLE AREA FCU | | 0.00 |
| **Total Direct Deposits** | | **2,097.39** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 0.00 | 8.00 |
| Personal/Si | 0.00 | 0.00 |
| Vacation | 12.00 | 84.00 |

ALLEGHENY PERFORMANCE PLASTICS LLC | Build 3 Avenue A  Leetsdale, PA 15056 | (412) 741-4416 | FEIN: 46-1321243 | PA: 75-32100